IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS KIM,                          :
        *Plaintiff,*              :
                      :
        v.                     :   **CIVIL NO. 26-3215**
                      :
SUSAN THOMAS et al.,                 :
        *Defendants.*             :
                      :

## ORDER

**AND NOW**, this **20th** day of **July 2026**, upon consideration of Plaintiff Thomas Kim's

Motion for Remand (ECF No. 13) and for reasons explained in the accompanying memorandum,

it is hereby **ORDERED** that the Motion to Remand (ECF No. 13) is **DENIED**.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge